TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-6269
    E-mail:   andrew.brown@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:21-cr-00024-JAK |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING POSITION |
| v. | Hearing: July 8, 2021<br>8:30am |
| MELVIN HOWARD WARE, | |
| Defendant. | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

The government concurs in the findings of the Presentence Report, which results in a guideline range of 57-71 months in prison. The Probation Office recommended a low-end sentence of 57 months, followed by four years of supervised release. While that is reasonable, mindful of the parsimony principle, the government recommends a shorter prison sentence with more supervised release as more humane to defendant, and cheaper for the taxpayers: 48 months in prison, followed by five years of supervised release.

## I. THE 3553(A) FACTORS

In the main, the sentencing guidelines capture well the aggravating and mitigating facts of this case, embracing the roughly three-quarters of a million dollars in loss, the sophisticated nature of the fraud which involved setting up an entire sham medical imaging business just to deplete credit accounts, the many victims whose identities were misused in the fraud, and defendant's acceptance of responsibility, as shown through his waiver of indictment and prompt guilty plea. One factor not reflected in his guideline range, however, is discussed below.

### A. DEFENDANT ATTEMPTED THE SAME SCAM BEFORE

While the offense defendant perpetrated through the sham business Access Imaging was long-lasting, it was not his first attempt to commit this fraud. Indeed, defendant and his co-conspirator Lyndon Slusher earlier attempted to set up a different sham medical imaging business, Morningside Imaging, but victim Synchrony Bank spotted red flags with their application to charge its credit accounts through Morningside Imaging, and rejected it. (PSR fn.2, page 5.)

This shows that defendant is unusually hard to deter. We would hope that defendant would learn from the failure of his first attempt to defraud Synchrony Bank that crime does not pay, and to turn his efforts to lawful pursuits. Instead, he appears to have learned all the wrong lessons, and merely made his next attempt at the same fraud more sophisticated and believable.

## CONCLUSION

Defendant's guideline range encompasses a five-year prison sentence, and his persistence at fraud is an aggravating factor.

Nevertheless, the government recommends a lenient sentence of only 48-months in prison as a permissible Booker variance, to be followed by the maximum term of supervised release:  five years.  Defendant's longest prison sentence to date is two years (PSR ¶ 61), and that was decades ago.  To be sure, defendant's criminality has continued since then (PSR ¶¶ 60-62) albeit with most of his arrests, especially the more recent ones, not resulting in convictions (PSR ¶¶ 68-72).  But the government hopes that a 48-month sentence will be long enough to impress upon defendant the need to forsake crime in favor of work, especially with the aid of probation officer and a lengthy term of supervision.

Dated: June 22, 2021                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        Acting United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        /s Andrew Brown
                                        _____
                                        ANDREW BROWN
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA